UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT


No. 17-1861


UNITED STATES OF AMERICA

v.

MARC JAMES HARRIS,
Appellant

(E.D. Pa. No. 2-09-cr-00283-001)

Present: JORDAN, Circuit Judge

    1. Motion by Appellee USA to Amend Concurring Opinion.

                                      Respectfully,
                                        Clerk/pdb

_____ORDER_____

The foregoing motion to amend the concurring opinion to the order sur petition for rehearing is granted. The Clerk is directed to file the amended concurring opinion contemporaneously with this order.


                                        By the Court,

                                        s/  Kent A. Jordan
                                        Circuit Judge


Dated: December 14, 2023
cc: All Counsel of Record